IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER    §
OF THE BAR OF THE SUPREME    §    No. 74,2020
COURT OF DELAWARE:    §
                       §
GERARD F. GRAY    §
                       §
       Petitioner.    §

Submitted:    February 24, 2020
Decided:      February 28, 2020

## ORDER

It appears to the Court that:

(1)     Pursuant to the Order of this Court dated December 9, 2016, Gerard F. Gray, Esquire ("the Petitioner") was publicly reprimanded and placed on a two-year period of probation with specific conditions. The Petitioner has filed a petition for termination of probation.

(2)     As required for termination of probation under Rule 20(a) of the Delaware Lawyers' Rules of Disciplinary Procedure, the period of probation has expired and the Petitioner has filed the necessary affidavit. The Office of Disciplinary Counsel does not oppose the termination of probation.

NOW, THEREFORE, IT IS ORDERED that the probationary period is terminated and Gerard F. Gray, Esquire is discharged from probation.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice